**Opinion filed October 29, 2009**



In The

# Eleventh Court of Appeals

_____

## No. 11-09-00187-CV

_____

## IN THE MATTER OF THE ESTATE OF CHARLES JAMES WEBER, DECEASED

**On Appeal from the County Court at Law**

**Ector County, Texas**

**Trial Court Cause No. 19473-08**

## M E M O R A N D U M   O P I N I O N

The parties have filed in this court an agreed motion to dismiss the appeal. The motion is granted, and the appeal is dismissed.

PER CURIAM

October 29, 2009

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.